AIDA BAHR *v.* THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

The petition by the plaintiff for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Donald C. Cousins,* in support of the petition.

*Edward J. Holahan, Jr.,* in opposition.

Submitted March 13—decided April 1, 1969

STATE OF CONNECTICUT *v.* ARTHUR SWEENEY

. The motion by the defendant for an extension of time to file a motion to reargue the appeal from the Superior Court in New Haven County at Waterbury is denied.

*Arthur Sweeney,* pro se, on the motion.

Submitted March 24—decided April 1, 1969

STATE OF CONNECTICUT *v.* ARTHUR HOLLIDAY

STATE OF CONNECTICUT *v.* ALBERT DANIELS

The motion by the defendants for review of the trial court's refusal to rectify the appeal from the Superior Court in Hartford County is denied.

*Nathan Aaron,* in support of the motion.

Submitted March 26—decided April 3, 1969

STATE OF CONNECTICUT *v.* JOHNNY RAY

The motion by the defendant to amend his assignments of error in the appeal from the Superior Court in Fairfield County is denied.

*Johnny Ray,* pro se, on the motion.